**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

BETZAIDA TERRONES-BELTRAN; et al.,

    Petitioners,

 v.

ERIC H. HOLDER, Jr., Attorney General,

    Respondent.

No. 08-73918

Agency Nos. A075-692-249
A075-693-685
A075-693-688
A075-693-687

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:  CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

 Betzaida Terrones-Beltran and her family, natives and citizens of Mexico,

petition for review of the Board of Immigration Appeals' ("BIA") order denying

their motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We

review for abuse of discretion the denial of a motion to reconsider. *Morales*

---

 [*]  This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

 [**]  The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Apolinar v. Mukasey*, 514 F.3d 893, 895 (9th Cir. 2008).  We deny the petition for review.

The BIA acted within its discretion in denying petitioners' motion because the motion failed to identify any error of fact or law in the BIA's March 19, 2008, order.  *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**